WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
DAVID P. FUAD (SBN 265193)
dfuad@orrick.com
EMILY RAE (SBN 308010)
emily.rae@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Attorneys for Plaintiffs and Counter-Defendants

JOSEPH W. ANTHONY
  (admitted pro hac vice)
JANEL M. DRESSEN
  (admitted pro hac vice)
STEVEN M. PINCUS
  (admitted pro hac vice)
JOSEPH R. RICHIE
  (admitted pro hac vice)
ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 349-6969
Attorneys for Defendants and Counter-Plaintiffs

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| TONGFANG GLOBAL LIMITED, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ELEMENT TELEVISION COMPANY, LLC, et al.,<br><br>      Defendants.<br><br>ELEMENT TELEVISION COMPANY, LLC, et al.,<br><br>      Counter-Plaintiffs,<br><br>  vs.<br><br>TONGFANG GLOBAL LIMITED, et al.,<br><br>      Counter-Defendants. | Case No: 2:20-CV-00876-FLA-AFMx<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:   01/28/2020<br>FAC filed:   03/03/2020<br>Counterclaims Filed:   04/30/2020<br>Trial date:   stayed |

4893-7309-1367

WHEREAS, the parties to this matter have reached a binding settlement of all claims and counterclaims asserted in this matter; and

WHEREAS, serving as a mediator for the parties, Retired Minnesota Supreme Court Justice James Gilbert has found that the parties' settlement is a fair resolution of the parties' disputes;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties that all claims and counterclaims asserted by the parties are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs, disbursements, and/or attorney's fees to any party.

Dated:   July 18, 2022

WILLIAM A. MOLINSKI
DAVID P. FUAD
EMILY RAE
Orrick, Herrington & Sutcliffe LLP

By: /s/ David P. Fuad
     DAVID P. FUAD
Attorneys for Plaintiffs and
Counter-Defendants

Dated:   July 18, 2022

JOSEPH W. ANTHONY
    (admitted pro hac vice)
JANEL M. DRESSEN
    (admitted pro hac vice)
STEVEN M. PINCUS
    (admitted pro hac vice)
JOSEPH R. RICHIE
    (admitted pro hac vice)
Anthony Ostlund Louwagie
Dressen & Boylan P.A.

By: /s/ Steven M. Pincus
     STEVEN M. PINCUS
Attorneys for Defendants and
Counter-Plaintiffs

# **ATTESTATION**

As required by Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories above concur in this filing's content and have authorized the filing.

Dated:   July 18, 2022

DAVID P. FUAD
ORRICK, HERRINGTON &
SUTCLIFFE LLP

By: */s/ David P. Fuad*
    DAVID . FUAD
    Attorneys for Plaintiffs and
    Counter-Defendants