JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TONGFANG GLOBAL LIMITED, et al., | Case No. 2:20-cv-00876-FLA (AFMx) |
|---|---|
| Plaintiffs, | **ORDER DISMISSING ACTION [DKT. 82]** |
| v. | |
| ELEMENT TELEVISION COMPANY, LLC, et al., | |
| Defendants. | |

On July 18, 2022, the parties filed a Stipulation for Dismissal with Prejudice ("Stipulation"), stating they had reached a binding settlement of all claims and counterclaims in this action and requesting the court dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dkt. 82.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.  The court's May 27, 2022 Order to file a further joint status report, Dkt. 81, is DISCHARGED.
2. The court DISMISSES the action with prejudice, with all parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 20, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge